**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clayton Huggins,<br><br>          Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>          Defendants. | No. CV 11-00534-PHX-NVW (LOA)<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Dismiss. (Doc. 24)

On July 24, 2012, Plaintiff filed the above-mentioned Motion to Dismiss, asking the Court to dismiss his action for failure to state a claim against Defendant for which relief can be granted. On the same day, Defendant Ryan filed a Response to Plaintiff's Motion to Dismiss, stating that he has no objection to Plaintiff's request to dismiss this case. (Doc. 25)

The Court will construe Plaintiff's Motion's to Dismiss as a Notice of Dismissal made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Pursuant to Rule 41(a)(1)(A), a plaintiff, without a court order, may dismiss an action by "(i) filing a notice of dismissal before the opposing party serves either an answer of a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41(a)(1)(A)(i) and (ii). The Court will construe Doc. 24 in conjunction with Doc. 25 as substantially equivalent to a Rule 41(a) motion operating as a termination and dismissal of Plaintiff's action.

1        Additionally pending before the Court is Defendant's Motion to Enlarge the Dispositive Motion Deadline. (Doc. 23)  In light of the Court's ruling above, the Court will deny Defendant's Motion, doc. 23, as moot.

**IT IS ORDERED** that Plaintiff's Motion to Dismiss, doc. 24, is construed as a Notice of Dismissal pursuant to Rule 41(a)(1)(A)(ii).

**IT IS FURTHER ORDERED** that Plaintiff's action is dismissed without Court order pursuant to Rule 41(a)(A)(ii).

**IT IS FURTHER ORDERED** that Defendant's Motion to Enlarge the Dispositive Motion Deadline, doc. 23, is **DENIED** as moot.

Dated this 26th day of July, 2012.

_____
Neil V. Wake
United States District Judge