**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Clayton Huggins, | ) | No. CV 11-00534-PHX-NVW (LOA) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Charles L. Ryan, et al., | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion to Dismiss. (Doc. 24)

On July 24, 2012, Plaintiff filed the above-mentioned Motion to Dismiss, asking the Court to dismiss his action for failure to state a claim against Defendant for which relief can be granted. On the same day, Defendant Ryan filed a Response to Plaintiff's Motion to Dismiss, stating that he has no objection to Plaintiff's request to dismiss this case. (Doc. 25)

The Court will construe Plaintiff's Motion's to Dismiss as a Notice of Dismissal made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Pursuant to Rule 41(a)(1)(A), a plaintiff, without a court order, may dismiss an action by "(i) filing a notice of dismissal before the opposing party serves either an answer of a motion for summary judgment; or (ii)  a stipulation of dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41(a)(1)(A)(i) and (ii). The Court will construe Doc. 24 in conjunction with Doc. 25 as substantially equivalent to a Rule 41(a) motion operating as a termination and dismissal of Plaintiff's action.

1       Additionally pending before the Court is Defendant's Motion to Enlarge the
2 Dispositive Motion Deadline. (Doc. 23)  In light of the Court's ruling above, the Court will
3 deny Defendant's Motion, doc. 23, as moot.

4       **IT IS ORDERED** that Plaintiff's Motion to Dismiss, doc. 24, is construed as a
5 Notice of Dismissal pursuant to Rule 41(a)(1)(A)(ii).

6       **IT IS FURTHER ORDERED** that Plaintiff's action is dismissed without Court
7 order pursuant to Rule 41(a)(A)(ii).

8       **IT IS FURTHER ORDERED** that Defendant's Motion to Enlarge the Dispositive
9 Motion Deadline, doc. 23, is **DENIED** as moot.

10       Dated this 26th day of July, 2012.

*[Signature]*
Neil V. Wake
United States District Judge